IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-688-D

| | | |
|---|---|---|
| RAFAEL A. ALVARADO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AMERICA'S WHOLESALE LENDER, | ) | |
| BAC HOME LOANS SERVICING, LP, | ) | |
| and MORTGAGE ELECTRONIC | ) | |
| REGISTRATION SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff's third motion for an extension of time [D.E. 19] is DENIED. Good cause does not exist for the motion for an extension of time. Plaintiff's motion to compel [D.E. 9] is DENIED. Defendants' motion to dismiss [D.E. 4] is GRANTED. See, e.g., Ward v. Sec. Alt. Mortg., No. 5:10-CV-119-F, 2012 WL 871119, at * 6–12 (E.D.N.C. Mar. 14, 2012); Thomas v. Green Point Mortg. Funding, No. 5:10-CV-365-D, 2011 WL 2457835, at * 2–3 (E.D.N.C. June 16, 2011) (unpublished); Ward v. Sec. Alt. Mortg., No. 5:10-CV-119-F, 2011 WL 474560, at * 2–6 (E.D.N.C. Feb. 4, 2011) (unpublished).

SO ORDERED. This 20 day of June 2012.

JAMES C. DEVER III
Chief United States District Judge